**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendant, IGNACIO VALDIVIA VELEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>IGNACIO VALDIVIA VELEZ,<br><br>  Defendant. | Case No. 1:15-CR-00332-LJO-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON** |

WHEREAS the Sentencing Hearing has been scheduled in this matter for July 18, 2016;

WHEREAS Roger S. Bonakdar, counsel for Defendant Ignacio Valdivia Velez requests additional time to meet with Probation Officer Ms. Wright and Mr. Velez to prepare the Presentence Investigation Report.

WHEREAS the purpose of Mr. Bonakdar's request to meet with Mr. Velez is to provide probation with information concerning Mr. Velez that bears directly on Probation's recommendation relative to sentencing.

WHEREAS as there is insufficient time for Attorney Bonakdar to meet with Mr. Velez and Ms. Wright prior to the July 18, 2016, Sentencing Hearing, the Sentencing

Hearing should be rescheduled to allow adequate time for Attorney Bonakdar to meet with Mr. Velez and Probation.

THEREFORE, IT IS STIPULATED by and between the parties that the July 18, 2016, sentencing hearing be continued to August 22, 2016.

IT IS SO STIPULATED:

Date:  June 6, 2016                             BONAKDAR LAW FIRM

/S/ Roger S. Bonakdar
ROGER S. BONAKDAR
Attorney for Defendant,
Manuel Villarreal

Date: June 6, 2016                              UNITED STATES PROBATION

/s/ Nicole Wright
Nicole Wright
United States Probation Officer

Date:  June 6, 2016                             UNITED STATES ATTORNEY

/s/ Kim Sanchez
Kim Sanchez
Assistant United State's Attorney

ORDER

The Stipulation to Continue Sentencing Hearing having come before this Court and good cause appearing therefore;

IT IS HEREBY ORDERED that the June 18, 2016, sentencing hearing is hereby continued to August 22, 2016.

IT IS FURTHER ORDERED that the deadline for Defendant to file his Sentencing Memorandum shall be extended to coincide with the continued Sentencing Hearing date of August 22, 2016.

IT IS SO ORDERED.

Dated:   **June 10, 2016**                              /s/ Lawrence J. O'Neill
                                                                UNITED STATES CHIEF DISTRICT JUDGE